# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Ryan J. Morris            BK NO. 22-02205 HWV

Debtor(s)

Chapter 11

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Goldman Sachs Mortgage Company and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington

Michael Farrington
28 Sep 2023, 16:22:03, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322