# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ryan J. Morris | : | Chapter 11 |
| Debtor | : | Bankruptcy No. 22-02205 HWV |
| | : | |
| | : | |
| Farmers & Merchants Bank | : | |
| Movant | : | |
| v. | : | Hearing Date: 11/14/2023 |
| Ryan J. Morris | : | |
| Debtor | : | Hearing Time: 9:30 a.m. |
| | : | |
| Steven M. Carr | : | |
| Trustee | : | |

## ORDER GRANTING MOTION OF FARMERS & MERCHANTS BANK FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362

Upon consideration of the Motion of Farmers & Merchants Bank, for Relief from the Automatic Stay, any responses thereto, and it appearing that good cause exists for the relief requested in the Stay Relief Motion, it is hereby ORDERED:

1. The relief requested in the Stay Relief Motion is GRANTED;

2. That the Relief from Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362 and 701, as amended, is GRANTED with respect to property located at 2871 Old Rt. 30, Orrtanna, PA **and** 1800 Baltimore Pike, Gettysburg, PA (collectively the "Unsold Commercial Property"), as to allow Movant to exercise its rights under its loan documents and state law;

3. It is FURTHER ORDERED that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P.4001(a)(3);

4. The provisions of this Order shall be binding on Debtor, any Trustee, and any successor Trustee, and shall be effective regardless of any conversion of the instant case to another chapter of the United States Bankruptcy Code; and,

5. Any interest which the Debtor or Trustee had in the Property, is deemed abandoned as property of the Debtor's bankruptcy estate.

SO ORDERED,

_____
Honorable Henry W. Van Eck
United States Bankruptcy Court Judge

Dated: _____