IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:22-bk-02205-HWV |
|   RYAN J. MORRIS | : | |
| Debtor | : | Chapter 11 |
| | : | Subchapter V |
| | : | |

**ORDER**

Upon consideration of the Motion of Ryan J. Morris to Continue Confirmation Hearing, it is:

**HEREBY ORDERED** that the confirmation hearing currently scheduled for December 5, 2023 at 9:30 a.m. is continued to December 19, 2023 at 9:30 a.m., in the United States Bankruptcy Court, Fourth Floor, Courtroom 8, 1501 North Second Street, Harrisburg, Pennsylvania.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 1, 2023