In re:            Case No. 22-02205-HWV

Ryan J. Morris        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 5

Date Rcvd: Nov 01, 2023      Form ID: pdf010      Total Noticed: 87

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ryan J. Morris, 1425 Knoxlyn Orrtanna Road, Orrtana, PA 17353-9743 |
| aty | + | Victoria A Russell, Reed Smith LLP, Suite 3100, Three Logan Square, 1717 Arch Street, Philadelphia, PA 19103-7394 |
| cr | + | Farmers & Merchants Bank, 15226 Hanover Pike, Upperco, MD 21155-9794 |
| 5506267 | + | American Fireworks Co., 7041 Darrow Road, Hudson, OH 44236-2254 |
| 5566367 | | Assistant U.S. Attorney, P.O. Box 11754, Harrisburg, PA 17108-1754 |
| 5506269 | + | BMF Capital LLC, 1820 Avenue M, Suite 125, Brooklyn, NY 11230-5347 |
| 5506268 | + | Barnard & Fifth Capital, 1573 Broadway, Hewlett, NY 11557-1428 |
| 5566368 | | Bureau of Employer Tax Operations, Labor & Industry Building, 651 Boas Street, Room 702, Harrisburg, PA 17106-8568 |
| 5546947 | + | Capital Partners, LLC, c/o Alexis A. Leventhal, Reed Smith LLP, 225 Fifth Avenue, Suite 1200, Pittsburgh, Pennsylvania 15222-2716 |
| 5506275 | + | Dr. Walsh, 12901 Vint Hill Road, Nokesville, VA 20181-3680 |
| 5506276 | + | Embassy of the State of Qatar, c/o George R A Doumar, Doumar Martin PLLC, 11350 Random Hill Rd Ste 700, Fairfax, VA 22030-6044 |
| 5519734 | + | Farmers & Merchants Bank, 15226 Hanover Road, Upperco, MD 21155-9794 |
| 5546948 | + | Farmers & Merchants Bank, c/o Lyndsay E. Rowland, Esquire, Starfield & Smith, P.C., 1300 Virginia Drive, Ste. 325, Fort Washington, PA 19034-3223 |
| 5506277 | + | Farmers & Merchants Bank, 275 Clifton Boulevard, Westminster, MD 21157-4670 |
| 5506278 | + | FedEx, 2200 Forward Drive, Harrison, AR 72601-2234 |
| 5518502 | + | Gadi Dotz Gene Rosen's Law Firm, A Professional Corpor, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |
| 5506279 | + | Hesco Bastion Inc., 3450-C Buffalo Avenue, North Charleston, SC 29418-7903 |
| 5534329 | + | ITC Capital Partners LLC, Jared Roach, Esq., Reed Smith LLP, 225 Fifth Avenue, Pittsburgh, PA 15222-2716 |
| 5540873 | + | ITC Capital Partners LLC, c/o Alexis A. Leventhal, Reed Smith LLP, 225 Fifth Avenue, Pittsburgh, PA 15222-2716 |
| 5506280 | + | ITC Capital Partners, LLC, 1791 O.G. Skinner Drive, Suite A, West Point, GA 31833-1900 |
| 5506281 | + | Jared S. Roach, Esquire, Reed Smith LLP, 225 Fifth Avenue, Pittsburgh, PA 15222-2716 |
| 5506282 | + | Kapitus Funding, 120 W 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5546584 | + | Kapitus Servicing, Inc. as servicing agent of, 120 W. 45th Street, 4th Floor, Attn: Carolina Baez, New York, NY 10036-4041 |
| 5506283 | + | Karen Morris, 19 Misty Lane, Biglerville, PA 17307-9657 |
| 5506284 | + | Kimberly A. Bonner, Esquire, JSDC, 11 E Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 5506285 | + | Kristyn Harrison, Esquire, 120 W 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5518503 | + | LG Funding LLC, Gene Rosen's Law Firm, A Professional Corpor, 200 Garden City Plaza Ste 405, Garden City, NY 11530-3338 |
| 5506287 | + | LG Funding, LLC, 1218 Union Street, Brooklyn, NY 11225-1512 |
| 5506288 | + | Loan Builder/WebBank, 3505 Silverside Road, Wilmington, DE 19810-4905 |
| 5506289 | + | Lyndsay E. Rowland, Esquire, Starfield & Smith, P.C., 1300 Virginia Drive, Suite 325, Fort Washington, PA 19034-3223 |
| 5506290 | + | Martin Water Conditioning, 740 E. Lincoln Avenue, Myerstown, PA 17067-2293 |
| 5506291 | + | Michael R. Proctor, Esquire, Southpointe Town Center, 1800 Min Street, Suite 200, Canonsburg, PA 15317-5860 |
| 5506298 | + | SPG Advance LLC, 1221 McDonald Avenue, Brooklyn, NY 11230-3322 |
| 5506292 | + | Salzman Hughes PC, 79 St. Paul Drive, Chambersburg, PA 17201-1020 |
| 5518849 | + | Salzmann Hughes, PC, 79 St. Paul Drive, Chambersburg, PA 17201-1020 |
| 5566370 | + | Securities & Exchange Commission, 100 Pearl Street, Suite 20-200, New York, NY 10004-6024 |
| 5518803 | + | Swift Financial, LLC, as servicing agent for WebBank, PO Box 208703, Dallas TX 75320-8703 |
| 5508532 | + | Swift Financial, LLC, c/o Capehart & Scatchard, PA (SIS), 8000 Midlantic Drive, Ste 300-S, Mt. Laurel, NJ 08054-1526 |
| 5506304 | + | The North Group, 30773 Milford Road, Suite 330, New Hudson, MI 48165-8596 |
| 5506306 | + | Tread Corporation, 176 Eastpark Drive, Roanoke, VA 24019-8226 |
| 5545775 | + | Tripwire Operations Group LLC, 401(k) Profit Sharing Plan and Trust, US Department of Labor EBSA, 1835 Market St 21st Floor, Mailstop EBSA/21 Philadelphia PA 19103-2968 |
| 5506307 | + | Trone Outdoor Advertising, 1345 Abbottstown Pike, Hanover, PA 17331-8235 |
| 5506308 | + | Univar, 3075 Highland Park, Suite 200, Downers Grove, IL 60515-5560 |
| 5506311 | | Xtreme Concepts, 1801 Town Center Drive, Anniston, AL 36205 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2023 18:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2023 18:51:03 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506618 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2023 18:51:03 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5549067 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2023 19:25:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506619 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2023 18:51:06 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5549068 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2023 18:51:06 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506266 | + Email/Text: ally@ebn.phinsolutions.com | Nov 01 2023 18:49:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5515224 | Email/PDF: bncnotices@becket-lee.com | Nov 01 2023 18:51:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5546155 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 01 2023 18:50:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 5506270 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2023 18:51:21 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5506271 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 01 2023 18:51:22 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5506820 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2023 18:51:04 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5542002 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2023 18:51:47 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5519848 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2023 18:51:45 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5546952 | + Email/PDF: ebn_ais@aisinfo.com | Nov 01 2023 18:51:25 | Capital One, N.A., AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506273 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2023 18:51:50 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5519359 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2023 18:51:09 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5506274 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 01 2023 18:51:03 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5549274 | Email/Text: mtgbk@shellpointmtg.com | Nov 01 2023 18:50:00 | Goldman Sachs Mortgage Company, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5506272 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2023 18:51:29 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5520794 | + Email/Text: RASEBN@raslg.com | Nov 01 2023 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| Record | Type | Method/Email | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5506286 | ^ | MEBN | Nov 01 2023 18:43:00 | Kubota Credit Corp, USA, Attn: Bankruptcy, Po Box 2048, Grapevine, TX 76099 |
| 5536313 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Nov 01 2023 18:50:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5567152 | + | Email/Text: ecfbnc@aldridgepite.com | Nov 01 2023 18:50:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Brian K. Jordan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 5566373 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2023 18:50:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5506300 | | Email/Text: Bankruptcy@swiftcapital.com | Nov 01 2023 18:50:00 | Swift Financial, LLC, 3505 Silverside Road, Suite 200, Wilmington, DE 19810 |
| 5566372 | | Email/Text: fesbank@attorneygeneral.gov | Nov 01 2023 18:50:00 | Office of Attorney General, Financial Enforcement Section, Strawberry Square, 15th Floor, Fourth & Walnut Streets, Harrisburg, PA 17120 |
| 5506294 | | Email/Text: bankruptcy@self.inc | Nov 01 2023 18:50:00 | Selfinc/lead, Attn: Bankruptcy, 1801 Main St, Kansas City, MO 64108 |
| 5506301 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 19:25:00 | SYNCB/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 5506293 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 01 2023 18:50:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5506295 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 01 2023 18:50:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 5506296 | | Email/Text: birminghamtops@sba.gov | Nov 01 2023 18:50:49 | Small Business Administration, PO Box 740192, Atlanta, GA 30374-0192 |
| 5506297 | | Email/Text: birminghamtops@sba.gov | Nov 01 2023 18:50:10 | Small Business Administration EIDL, PO Box 740192, Atlanta, GA 30374-0192 |
| 5506299 | + | Email/Text: BANKO@summitcollects.com | Nov 01 2023 18:50:00 | Summit Account Resolutions, Attn: Bankruptcy, Po Box 131, Champlin, MN 55316-0131 |
| 5520107 | | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2023 18:51:44 | TD Bank, USA, by American InfoSource as agent, PO Box 248866, Oklahoma City, OK 73124-8866 |
| 5506302 | + | Email/Text: bncmail@w-legal.com | Nov 01 2023 18:50:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 5506303 | + | Email/Text: documentfiling@lciinc.com | Nov 01 2023 18:49:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 5506305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2023 18:51:30 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5566371 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Nov 01 2023 18:50:00 | U.S. Department of Justice, P.O. Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5532595 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 01 2023 18:50:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 5506309 | ^ | MEBN | Nov 01 2023 18:42:50 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 5527873 | | Email/PDF: ebn_ais@aisinfo.com | Nov 01 2023 18:51:24 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5506310 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 01 2023 18:49:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Karen Morris, 19 Misty Lane, Biglerville, PA 17307-9657 |
| 5535010 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5566369 | * | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexis Allen Leventhal | on behalf of Creditor ITC Capital Partners LLC aleventhal@reedsmith.com |
| James K Jones | on behalf of Debtor 1 Ryan J. Morris jkj@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;rec@cclawpc.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lisa Ann Rynard | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| Lyndsay E Rowland | on behalf of Creditor Farmers & Merchants Bank lrowland@starfieldsmith.com lyndsayerowland@yahoo.com;arosen@starfieldsmith.com |
| Michael Patrick Farrington | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY mfarrington@kmllawgroup.com |
| Robert E Chernicoff | on behalf of Debtor 1 Ryan J. Morris rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |
| Sergio Scuteri | on behalf of Creditor Swift Financial LLC, as servicing agent for WebBank sscuteri@capehart.com, pczerwonka@capehart.com |
| Stephen Wade Parker | on behalf of Creditor Karen Morris wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| Steven M. Carr | on behalf of Trustee Steven M. Carr stevecarr8@comcast.net jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : No. 1:22-bk-02205-HWV
    RYAN J. MORRIS :
                Debtor :     Chapter 11
:       Subchapter V
:

# ORDER

Upon consideration of the Motion of Ryan J. Morris to Continue Confirmation Hearing, it is:

**HEREBY ORDERED** that the confirmation hearing currently scheduled for December 5, 2023 at 9:30 a.m. is continued to December 19, 2023 at 9:30 a.m., in the United States Bankruptcy Court, Fourth Floor, Courtroom 8, 1501 North Second Street, Harrisburg, Pennsylvania.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 1, 2023