IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:22-bk-02205-HWV |
| RYAN J. MORRIS | : | |
| | : | Chapter 11 |
| Debtor | : | Subchapter V |

**AMENDED**
**CERTIFICATE OF SERVICE**

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on November 30, 2023, a true and correct copy of the **MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS (1800 Baltimore Pike, Gettysburg, Pennsylvania)** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Joseph P Schalk
Office of the United States Trustee
1501 North 6th Street
Harrisburg, PA 17102

Lisa Ann Rynard
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754

Office of the U.S. Trustee
1501 North 6th Street, Box 302
Harrisburg, PA 17102

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

Assistant U.S. Attorney
1501 North 6th Street
Harrisburg, PA 17102

PA Department of Revenue
Bureau of Compliance
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Bureau of Employer Tax Operations
Labor & Industry Bldg
651 Boas Street, Room 702
Harrisburg, PA 17106-8568

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

United States Attorney
Federal Bldg
1501 North 6th Street
Harrisburg, PA 17102

Securities Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Lyndsay E. Rowland, Esquire
Starfield & Smith, P.C.
1300 Virginia Drive, Ste. 325
Fort Washington, PA 19034

| | |
|---|---|
| Arvind Nath Rawal<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Alexis A. Leventhal<br>Reed Smith LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, Pennsylvania 15222 |
| Shraddha Bharatia<br>Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | American Express National Bank<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Sergio I. Scuteri, Esquire<br>Capehart & Scatchard, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, NJ 08054 | Mount Joy Township<br>902 Hoffman Home Road<br>Gettysburg, PA 17325 |
| Adams County Tax Claim Bureau<br>117 Baltimore Street, Room 202<br>Gettysburg, PA 17325-2313 | Gettysburg Area School District<br>900 Biglerville Road<br>Gettysburg, PA 17325 |

 s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire