IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:22-bk-02205-HWV |
| RYAN J. MORRIS | : | |
| | : | Chapter 11 |
| Debtor | : | Subchapter V |

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on November 30, 2023, a true and correct copy of the **SCHEDULING ORDER REGARDING MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS (1800 Baltimore Pike, Gettysburg, Pennsylvania)** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

Joseph P Schalk
Office of the United States Trustee
1501 North 6th Street
Harrisburg, PA 17102

Lisa Ann Rynard
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754

Office of the U.S. Trustee
1501 North 6th Street, Box 302
Harrisburg, PA 17102

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120

Assistant U.S. Attorney
1501 North 6th Street
Harrisburg, PA 17102

PA Department of Revenue
Bureau of Compliance
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Bureau of Employer Tax Operations
Labor & Industry Bldg
651 Boas Street, Room 702
Harrisburg, PA 17106-8568

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

United States Attorney
Federal Bldg
1501 North 6th Street
Harrisburg, PA 17102

Securities Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

Lyndsay E. Rowland, Esquire
Starfield & Smith, P.C.
1300 Virginia Drive, Ste. 325
Fort Washington, PA 19034

| | |
|---|---|
| Arvind Nath Rawal<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Alexis A. Leventhal<br>Reed Smith LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, Pennsylvania 15222 |
| Shraddha Bharatia<br>Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | American Express National Bank<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Sergio I. Scuteri, Esquire<br>Capehart & Scatchard, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, NJ 08054 | Mount Joy Township<br>902 Hoffman Home Road<br>Gettysburg, PA 17325 |
| Adams County Tax Claim Bureau<br>117 Baltimore Street, Room 202<br>Gettysburg, PA 17325-2313 | Gettysburg Area School District<br>900 Biglerville Road<br>Gettysburg, PA 17325 |

 s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ryan J. Morris,

**Debtor 1**

Chapter: 11

Case number: 1:22−bk−02205−HWV

Document Number: 178

Matter: Motion for Sale Free and Clear of Liens

RYAN J. MORRIS
**Movant(s)**

vs.

FARMERS & MERCHANTS BANK ADAMS COUNTY TAX CLAIM BUREAU
MOUNT JOY TOWNSHIP
GETTYSBURG AREA SCHOOL DISTRICT
**Respondent(s)**

## Order

   Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

   **IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: 1/9/24<br>Time: 09:30 AM |
|---|---|

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: November 30, 2023

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)