IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:22-bk-02205-HWV |
|   RYAN J. MORRIS | : | |
|         Debtor | : | |
| | : | Chapter 11 |
| RYAN J. MORRIS | : | |
|         Movant | : | Subchapter V |
| | : | |
| v. | : | |
| | : | |
| FARMERS & MERCHANTS BANK, ADAMS COUNTY TAX CLAIM BUREAU, MOUNT JOY TOWNSHIP, GETTYSBURG AREA SCHOOL DISTRICT | : | |
|         Respondents | : | |

**REQUEST FOR CERTIFIED COPY OF ORDER**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly provide undersigned counsel with a certified copy of the Order Approving the Sale of 1800 Baltimore Pike, Gettysburg, Adams County, Pennsylvania, Document 194.

        Respectfully submitted:

        CUNNINGHAM, CHERNICOFF
        & WARSHAWSKY, P.C.

        By: /s/ Robert E. Chernicoff
        Robert E. Chernicoff, Esquire
        Attorney I.D. No. 23380
        2320 North Second Street
        P. O. Box 60457
        Harrisburg, PA 17106-0457
        (717) 238-6570

Date: January 11, 2024