IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 11 |
| --- | --- | --- |
| | : | |
| RYAN J. MORRIS | : | CASE NO. 1:22-bk-02205-HWV |
| | : | |
| Debtor | : | |

## WITHDRAWAL OF APPEARANCE

Withdraw my appearance on behalf of Debtor in the above case. Robert E. Chernicoff, Esquire, remains as counsel for Debtor.

Respectfully submitted,

METTE, EVANS & WOODSIDE

/s/ James K. Jones, Esquire
James K. Jones, Esquire
3401 North Front Street
Harrisburg, PA 17110
(717) 232-5000
jkjones@mette.com

2357672v1