IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:22-bk-02205-HWV |
| RYAN J. MORRIS | : | |
| | : | Chapter 11 |
| Debtor | : | Subchapter V |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
FIRST CHAPTER 11 APPLICATION OF CUNNINGHAM,
CHERNICOFF & WARSHAWSKY, P.C. FOR ALLOWANCE
OF COMPENSATION FOR PROFESSIONAL SERVICES
AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies that, as of the date hereof, no responsive pleading objecting to the First Chapter 11 Application of Cunningham, Chernicoff & Warshawsky, P.C. for Allowance of Compensation for Professional Services and Reimbursement of Expenses for Ryan J. Morris has been filed and the deadline to file a response and/or objection to the Application has passed. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or responsive pleading to the Application appears thereon.

It is hereby respectfully requested that the proposed Order attached to the Motion at Doc. No. 197 be entered by the Court.

                                              Respectfully submitted:

                                              CUNNINGHAM, CHERNICOFF
                                              & WARSHAWSKY, P.C.

                                              By: s/ Robert E. Chernicoff
                                                    Robert E. Chernicoff, Esquire
                                                    Attorney I.D. No. 23380
                                                    2320 North Second Street
                                                    P. O. Box 60457
                                                    Harrisburg, PA 17106-0457
                                                    (717) 238-6570
                                                    rec@cclawpc.com

Date: February 5, 2024