# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
RYAN J. MORRIS

**Debtor(s)**

**Plaintiff(s)/Movant(s)**
vs.

**Defendant(s)/Respondent(s)**

CHAPTER: 11

CASE NO. 1-22-bk-2205

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Sale Hearing
(1685 Baltimore Pike)

Document #: 205

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

In order to provide the secured creditor and the SBA with additional time to consider the sale of the Real Property, it is requested that the hearing currently scheduled for March 19, 2024 at 9:30 a.m. be continued to April 2, 2024 at 9:30 a.m.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 02/27/2024

s/ Robert E. Chernicoff

Attorney for Debtor

Name: Robert E. Chernicoff

Phone Number: 717 238 6570

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.