IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:22-bk-02205-HWV |
| RYAN J. MORRIS | : | |
| | : | Chapter 11 |
| Debtor | : | Subchapter V |

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on March 20, 2024, a true and correct copy of the **ORDER APPROVING MOTION FOR EXPEDITED HEARING** was served via electronic means through the Court's ECF filing system and/or by first-class mail, postage prepaid, unless otherwise noted, as follows:

**SEE ATTACHED LIST**

    s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire

| | | |
|---|---|---|
| Alexis A. Levinthal<br>Reed Smith, LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222-2716 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial, Inc.<br>Attn: Bankruptcy<br>500 Woodard Ave.<br>Detroit, MI 48226-3416 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>P.O. Box 301<br>Malvern, Pa 19355-0701 | American Fireworks Co.<br>7041 Darrow Road<br>Hudson, OH 44236-2254 | Assistant U.S. Attorney<br>P.O. Box 11754<br>Harrisburg, PA 17108-1754 |
| Barnard & Fifth Capital<br>1573 Broadway<br>Hewlett, NY 11557-1428 | BMF Capital LLC<br>1820 Avenue N, Suite 125<br>Brooklyn, NY 11230-5347 | Bureau of Employer Tax Operations<br>Labor & Industry Building<br>651 Boas Street, Room 702<br>Harrisburg, PA 17106-8568 |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>A Division of Capital<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Rd.<br>Plano, TX 75024-2302 |
| Capital One Auto Finance<br>A Division of Capital<br>P.O. Box 4360<br>Houston, TX 77210-4360 | Capital One N.A.<br>by American InfoSource as agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Christopher M. McDermott<br>Aldrigdge Pite LLP<br>8880 Rio San Diego Dr, Ste 725<br>San Diego, CA 92108-1619 |
| Chrysler Capital<br>P.O. Box 961275<br>Forth Worth, TX 76161-0275 | Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St. Louis, MO 63179-0034 | Citibank, N.A.<br>5800 S. Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Dr. Walsh<br>12901 Vint Hill Road<br>Nokesville, VA 20181-3680 | Embassy of the State of Qatar<br>c/o George R.A. Doumar<br>Martin PLLC<br>11350 Ramdom Hills Rd., Suite 700<br>Fairfax, VA 22030-6044 |
| Embassy of the State of Qatar<br>2225 M Street NW<br>Washington, DC 20037-1416 | Farmers & Merchants Bank<br>275 Clifton Blvd.<br>Westminster, MD 21157-4670 | Farmers & Merchants Bank<br>15226 Hanover Pike<br>Upperco, MD 21155-9794 |
| FedEx<br>2200 Forward Drive<br>Harrison, AR 72601-2234 | Gadi Dotz<br>Gene Rosen's Law Firm<br>200 Garden City Plaza, Suite 405<br>Garden City, NY 11530-3338 | Goldman Sachs Mortgage Company<br>c/o NewRez LLC d/b/a Shellpoint<br>Mortgage Servicing<br>P.O. Box 10826<br>Greenville, sc 29603-0826 |
| Hesco Bastion Inc.<br>3450-C Buffalo Avenue<br>North Charleston, SC 29418-7903 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | ITC Capital Partners LLC<br>1791 O.G. Skinner Drive, Suite A<br>West Point, GA 31833-1900 |

Jared S. Roach, Esquire
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716

JPMorgan Chase Bank, N.A.
c/o Robertson, Anschutz, Schneid
6409 Congress Ave., Suite 100
Boca Raton, Fl 33487-2853

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe , LA 71203-4774

Justin Esworthy, Esquire
Timmerman Beaulieu & Hinkle LLC
215 Washington Avenue, Suite 402
Towson, MD 21204

Kapitus Funding
120 W. 45th Street, 4th Floor
New York, NY 10036-4041

Karen Morris
19 Misty Lane
Biglerville, PA 17307-9657

Kimberly A. Bonner, Esquire
JSDC
11 E. Chocolate Avenue, Suite 300
Hershey, PA 17033-1320

Kubota Credit Corp. USA
Attn: Bankruptcy
P.O. Box 2048
Grapevine, TX 76099

Kubota Credit Corporation
P.O. Box 9013
Addison, TX 75001-9013

LG Funding, LLC
1218 Union Street
Brooklyn, NY 11225-1512

Lisa Ann Rynard
Law Office of Lisa A. Rynard
(Trustee)
240 Broad Street
Montoursville, PA 17754-2282

Loan Builder/WebBank
3505 Silverside Road, Ste 200
Wilmington, DE 19810-4905

Lyndsay E. Rowland, Esquire
Starfield & Smith, P.C.
1300 Virginia Drive, Suite 325
Fort Washington, PA 19034-3223

Martin Water Conditioning
740 E. Lincoln Avenue
Myerstown, PA 17067-2293

Michael R. Proctor, Esquire
Southpointe Town Center
1800 Min Street, Suite 200
Canonsburg, PA 15317-5860

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

PA Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Harrisburg, PA 17120-0001

Salzman Hughes PC
79 St. Paul Drive
Chambersburg, PA 17201-1020

Santander Consumer USA
Attn: Bankruptcy
P.O. Box 961245
Fort Worth, TX 76161-0244

Securities & Exchange Commission
100 Pearl Street, Suite 20-200
New York, NY 10004-6024

SELF INC
901 E. 6th Street, Suite 400
Austin, TX 18702-3206

Small Business Administration
P.O. Box 740192
Atlanta, GA 30374-0192

SPG Advance LLC
1221 McDonald Avenue
Brooklyn, NY 11230-3322

Summit Account Resolutions
Attn: Bankruptcy
P.O. Box 131
Champlin, MN 55316-0131

Swift Financial, LLC
c/o Capehart & Scatchard, PA (SIS)
8000 Midlantic Drive, Ste 300-s
Mt. Laurel, NJ 08054-1526

Swift Financial, LLC
as servicing agent for WebBank
P.O. Box 208703
Dallas, TX 75320-8703

SYNCB/Walmart DC
P.O. Box 965024
Orlando, Fl 32896-5024

Target Nb
P.O. Box 673
Minneapolis, MN 55440-0673

TD Bank, USA
by American InfoSource as agent
P.O. Box 248866
Oklahoma City, OK 73124-8866

Telecom Self-reported
P.O. Box 4500
Allen, TX 75013-1311

| | | |
|---|---|---|
| The North Group<br>30773 Milford Road, Suite 330<br>New Hudson, MI 48165-8596 | Trac/CBCD/Citicorp<br>Citicorp Credit/Centralized<br>Bankruptcy<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Tread Corporation<br>176 Eastpark Drive<br>Roanoke, VA 24019-8226 |
| Tripwire Operations Group LLC<br>401 (k) Profit Sharing Plan and Trust<br>1835 Market St. 21st Floor, Mailstop EBSA/21<br>Philadelphia, PA 19103-2968 | Trone Outdoor Advertising<br>1345 Abbottstown Pike<br>Hanover, PA 17331-8235 | U.S. Bank NA<br>Elan Financial Services<br>Bankruptcy Department<br>P.O. Box 108<br>Saint Louis, MD 63166-0108 |
| U.S. Department of Justice<br>Tax Division<br>Civil Trial Section Eastern Region<br>P.O. Box 227, Ben Franklin Station<br>Washington, DC 20044-0227 | United States Trustee<br>US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 | Univar<br>3075 Highland Park, Suite 200<br>Downers Grove, IL 60515-5560 |
| Verizon<br>by American InfoSource as agent<br>P.O. Box 4457<br>Houston, TX 77210-4457 | Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Drive, Suite 599<br>Weldon Springs, MO 63304-2225 | Xtreme Concepts<br>1801 Town Center Drive<br>Anniston, AL 36205 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:22-bk-02205-HWV |
|    RYAN J. MORRIS | : | |
|                 Debtor | : | |
| | : | Chapter 11 |
| RYAN J. MORRIS | : | |
|                 Movant | : | Subchapter V |
| | : | |
|         v. | : | |
| | : | |
| FARMERS & MERCHANTS BANK, ADAMS COUNTY TAX CLAIM BUREAU, MOUNT JOY TOWNSHIP, GETTYSBURG AREA SCHOOL DISTRICT, TERRY KIM | : | |
|                 Respondents | : | |

**ORDER**

Upon consideration of the Motion of Ryan J. Morris for an Expedited Hearing regarding the Amended Motion to Approve Sale of Real Property Free and Clear of All Liens, Claims, Encumbrances and Other Interests, Doc. 217, it is

**ORDERED** that a hearing on the Amended Motion to Approve Sale of Real Property Free and Clear of All Liens, Claims, Encumbrances and Other Interests is scheduled for April 9, 2024, at 9:30 a.m., to be held in the United States Bankruptcy Court, 4th Floor, Courtroom 4B, 1501 North 6th Street, Harrisburg, Pennsylvania. It is further

**ORDERED** that counsel for the Debtor shall electronically serve this Order along with the Motion upon the United States Trustee; the largest 20 creditors; and all parties in interest. Electronic service shall occur within 24 hours of the entry of this Order.[1] Proof of service, which indicates that all parties in interest have received notice, must be filed with the Court in advance of the hearing.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 20, 2024

---

[1] In the event that electronic service is impossible, counsel for the Debtor is permitted to execute service by any means recognized under the Federal Rules to effectuate notice.