IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:22-bk-02205-HWV |
|    RYAN J. MORRIS | : | |
| | : | Chapter 11 |
| Debtor | : | Subchapter V |

**SUPPLEMENTAL
CERTIFICATE OF SERVICE**

    I, Joanne M. Bartley, with the law firm of Cunningham, Chernicoff & Warshawsky, P.C. hereby certify that on March 20, 2024, a true and correct copy of the **NOTICE OF EXPEDITED HEARING AND AMENDED MOTION TO APPROVE SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS (1800 Baltimore Pike, Gettysburg, Pennsylvania)** was served via electronic means, as follows:

Joseph P Schalk
Office of the United States Trustee
1501 North 6th Street
Harrisburg, PA 17102
Joseph.Schalk@usdoj.gov

Lisa Ann Rynard
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754
larynard@larynardlaw.com

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
Via Facsimile (844) 250-2035

Office of Attorney General
Financial Enforcement Section
Strawberry Square, 15th Floor
Fourth & Walnut Streets
Harrisburg, PA 17120
Via Facsimile (717) 787-8242

Arvind Nath Rawal
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
ECFNotices@aisinfo.com

PA Department of Revenue
Bureau of Compliance
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946
Via Facsimile (717) 483-4355

Bureau of Employer Tax Operations
Labor & Industry Bldg
651 Boas Street, Room 702
Harrisburg, PA 17106-8568
Via Facsimile (717) 724-6952

U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Via Facsimile (202) 616-9881

United States Attorney
Federal Bldg
1501 North 6th Street
Harrisburg, PA 17102
Via Facsimile (717) 221-4493

Securities Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
help@sec.com

Shraddha Bharatia
Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701
sbharatia@becket-lee.com

Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054
sscuteri@capehart.com

Justin Esworthy
Timmerman Beaulieu & Hinkle, LLC
215 Washington Avenue, Suite 402
Towson, MD 21204
(Counsel to Terry Kim)
jwe@tbhelaw.com

Lyndsay E. Rowland, Esquire
Starfield & Smith, P.C.
1300 Virginia Drive, Ste. 325
Fort Washington, PA 19034
lrowland@starfieldsmith.com

Alexis A. Leventhal
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, Pennsylvania 15222
leventhal@reedsmith.com

American Express National Bank
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
sbharatia@becket-lee.com

Adams County Tax Claim Bureau
117 Baltimore Street, Room 202
Gettysburg, PA 17325-2313
Via Facsimile (717) 337-5767

Mount Joy Township
902 Hoffman Home Road
Gettysburg, PA 17325
Via Facsimile (717) 367-9208

ITC Capital Partners, LLC
1791 O.G. Skinner Drive
Suite A
West Point, GA 31833
jroach@reedsmith.com

Small Business Administration
P.O. Box 740192
Atlanta, GA 30374-0192
Suzanne.Scanlon@usdoj.gov

Embassy of the State of Qatar
c/o George R.A. Doumar
1530 Wilson Blvd., Suite 170
Arlington, VA 22209
gdoumar@doumarmartin.com

Xtreme Concepts
1281 Town Center Drive
Anniston, AL 36205
info@xtremeconcepts.com

Barnard & Fifth Capital
1573 Broadway
Hewlett, NY 11557
jake@barnardandfifth.com

Kapitus Funding
120 W 45th Street, 4th Floor
New York, NY 10036
Via Facsimile (212) 354-1544

LG Funding, LLC
1218 Union Street
Brooklyn, NY 11225
gene@generosen.com

Loan Builder/WebBank
3505 Silverside Road
Wilmington, DE 19810
info@paypal.com

SPG Advance LLC
1221 McDonald Avenue
Brooklyn, NY 11230
admin@spgadvance.com

Gettysburg Area School District
900 Biglerville Road
Gettysburg, PA  17325
Via Facsimile (717) 334-5220

Swift Financial LLC
3505  Silverside Road, Suite 200
Wilmington, DE  19810
bankruptcy@swiftcapital.com

BMF Capital LLC
1820 Avenue M, Suite 125
Brooklyn, NY  11230
funding@bmfcapitalllc.com

American Fireworks Co.
7041 Darrow Road
Hudson, OH  44236
kab@jsdc.com

Tread Corporation
176 Eastpark Drive
Roanoke, VA  24019
jlanz@treadcorp.com

Chase Card Services
P.O. Box 15298
Wilmington, DE  19850
ChasePOCNotification@rasflaw.com

Capital One Auto Finance
7933 Preston Road
Plano, TX  75024
Via Facsimile (888) 722-5117

 s/ *Joanne M Bartley*
Joanne M. Bartley
Assistant to Robert E. Chernicoff, Esquire