IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 1:22-bk-02205-HWV |
| RYAN J. MORRIS | : | |
| Debtor | : | Chapter 11 |
| | : | Subchapter V |

## REQUEST FOR CERTIFIED COPY OF ORDER

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly provide undersigned counsel with a certified copy of the Order Approving the Sale of 1685 Baltimore Pike, Parcels 30 G14-0063 and 30 G14-0063-A, Gettysburg, Pennsylvania, Document 233.

                                  Respectfully submitted:

                                  CUNNINGHAM, CHERNICOFF
                                  & WARSHAWSKY, P.C.

                                By: /s/ Robert E. Chernicoff
                                    Robert E. Chernicoff, Esquire
                                    Attorney I.D. No. 23380
                                    2320 North Second Street
                                    P. O. Box 60457
                                    Harrisburg, PA 17106-0457
                                    (717) 238-6570

Date: April 9, 2024