United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02205-HWV |
| Ryan J. Morris | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Apr 18, 2024  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Albert Ciardi, III, Esquire, 1905 Spruce Street, Philadelphia, PA 19103-5732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexis Allen Leventhal | on behalf of Creditor ITC Capital Partners LLC aleventhal@reedsmith.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lisa Ann Rynard | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| Lyndsay E Rowland | on behalf of Creditor Farmers & Merchants Bank lrowland@starfieldsmith.com lyndsayerowland@yahoo.com;arosen@starfieldsmith.com |
| Michael Patrick Farrington | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY mfarrington@kmllawgroup.com |
| Robert E Chernicoff | on behalf of Debtor 1 Ryan J. Morris rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com;jkj@cclawpc.com |

Sergio Scuteri
    on behalf of Creditor Swift Financial LLC, as servicing agent for WebBank sscuteri@capehart.com, pczerwonka@capehart.com

Stephen Wade Parker
    on behalf of Creditor Karen Morris wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com

Steven M. Carr
    on behalf of Trustee Steven M. Carr stevecarr8@comcast.net
    jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| RYAN MORRIS | : | CASE NO.: 1:22-02205 HWV |
| | : | |
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| JOSHUA MILLS, | : | |
| CORPORATE DESIGNEE OF | : | |
| TRIPWIRE SOUTH | : | |
| RESPONDENT | : | |

## ORDER

Upon consideration of the United States Trustee's Concurred-In Motion for 2004 Examination, Doc. 240, and the record as a whole, it is

**ORDERED** that:

1. The Motion is **GRANTED**; and

2. Joshua Mills, Corporate Designee of Tripwire South, is directed to appear, along with his counsel, Al Ciardi, on May 16, 2024, at 2:30 p.m., for a 2004 examination via remote appearance.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 18, 2024