UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                          :        Case No. 1-22-02205-HWV
RYAN J. MORRIS                                  :
    Debtor                    :

---

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Lisa A. Rynard, Esquire, having been appointed trustee of the estate of the above-named debtor), report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. §330(a), on June 6, 2024 the Court ordered compensation of $10,552.23 be awarded to the trustee. A portion of these funds ($5,000.00) were paid by the debtor to the trustee on June 7, 2024. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Date: 06/25/2024                                By: /s/ Lisa A. Rynard
                                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-11(V)-NDR B

**UST Form 101-11 (V)-NDR Instructions (02/19/2020)**